UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. RIDER,

    Plaintiff,

v.                                                        Case No: 2:12-cv-560-FtM-29SPC

MIDLAND CREDIT MANAGEMENT,
INC. and FEDERAL BOND &
COLLECTION SERVICES, INC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court *Sua Sponte* upon the Court's review of the docket sheet. Upon review of the Plaintiff's Complaint and the docket sheet, the Court notes that the Plaintiff is listed on the style of the case as Ms. Rider and the Plaintiff's motions and pleadings are filed on behalf of Ms. Rider. According to the Plaintiff's Complaint (Doc. # 1), the Plaintiff's proper name is Terry L. Rider. Counsel is cautioned that all future motions, filings, pleadings, or other notifications and correspondence with this Court must be filed using the Plaintiff full proper name - Terry L. Rider. Future filings that fail to comply with the Court's directive may be denied.

Accordingly, it is now

**ORDERED:**

(1) The Clerk of the Court is hereby directed to change the Plaintiff's name on the style of this case from Ms. Rider to Terry L. Rider.

(2) All future filings made by the Plaintiff in this litigation must be made in her proper name - Terry L. Rider.

(3) Failure to comply with the Court's directive may result in any further motions being denied for failure to comply with this Court's order.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of November, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record