**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TERRY L. RIDER,

      Plaintiff,

v.                                                    Case No:  2:12-cv-560-FtM-29SPC

MIDLAND CREDIT MANAGEMENT,
INC. and FEDERAL BOND &
COLLECTION SERVICES, INC.,

      Defendants.

_____/

## ORDER

This matter comes before the Court on The Plaintiff Ms. Rider's Motion for Entry of a Clerk's Default (Doc. #14) filed on November 14, 2012.   Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

The Plaintiff moves for the entry of a Clerk's default against the Defendant Federal Bond & Collection Services, Inc. for failure to respond to the Plaintiff's Complaint.  As grounds, the Plaintiff filed proof of service showing the Defendant was served via its Registered Agent, Corporation Service Company on October 19, 2012. (Doc. # 8).  To date, the Defendant, Federal Bond & Collection Services, Inc. has failed to plead or otherwise respond to the Complaint and the time to do so under the Federal Rules has expired.  Thus, good cause exists under Fed. R. Civ. P. 55(a) to grant the Motion for a Clerk's Default .

Accordingly, it is now

**ORDERED:**

The Plaintiff Ms. Rider's Motion for Entry of a Clerk's Default (Doc. #14) is **GRANTED**. The Clerk of the Court is directed to enter a Clerk's Default against the Defendant Federal Bond & Collection Services, Inc.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of November, 2012.

_Sheri Polster Chappell_
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record