UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**TERRI L. RIDER,**

          **Plaintiff,**

v.                                          Case No. 2:12-cv-560-FtM-29SPC

**MIDLAND CREDIT MANAGEMENT, INC.,
AND FEDERAL BOND & COLLECTION
SERVICES, INC.,**
          **Defendants.**

---

## MOTION TO SET ASIDE DEFAULT

**COMES NOW,** Terri L. Rider, Plaintiff, by her undersigned attorney and files this Motion to set aside default and as grounds for this Motion would state as follows:

1. Entry of default was entered on Defendant Federal Bond and Collection Service, Inc., on November 20, 2012.

2. This court can set aside the default for the following reasons:

    a. A settlement has been made between Plaintiff and Defendant, Federal Bond and Collection Services, Inc.

    b. Federal Bond and Collection Services, Inc. will be dismissed of the above styled cause with prejudice.

WHEREFORE, Plaintiff, Terri L. Rider request from this court to enter an order:

1. Setting aside the default judgment.

1

## CERTIFICATE OF SERVICE

I hereby certify that on ___6th___ of March, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non CM/ECF participants:

Tony Love
Anne Broussard
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 215-5913 (phone)
(404) 572-5100 (fax)
Counsel for Midland Credit Management, Inc.

FEDERAL BOND & COLLECTION SERVICE, INC.
Corporation Service Company
1201 Hays Street
Tallahassee, FL, 32301

_____
Rinky S. Parwani
Florida Bar No. 639624
Attorney for Plaintiff
Parwani Law, P.A.
9905 Alambra Avenue
Tampa, FL 33619
Telephone: (813) 514-8280
Facsimile: (813) 514-8281
Email: rinky@parwanilaw.com

2